# EXHIBIT F

## DECLARATION OF MARY WIEGERT

1.      I am a Case Manager for Older Adult Services at Mercyhealth Visiting Nurses Association, Inc. d\b\a Mercyhealth at Home, a Care Coordination Unit (CCU) in Rockford, Illinois.

2.      CCUs are local agencies that coordinate care for older adults. CCUs, like Mercyhealth at Home, assist older adults in receiving services that they need to live independently at home.

3.      If an older adult has a functional impairment and needs in-home service, home-delivered meals, or personal care or other services, he or she could contact the nearest CCU. Care coordinators from the CCU will assess the person's needs, discuss community-based services that are funded by the state and federal government, determine eligibility for some programs, develop a plan of care, and arrange for services.

4.      We cannot determine eligibility for Medicaid. Instead, we will apply for Medicaid if a senior is required to apply as a requirement of the Community Care Program.

5.      I am the person at Mercyhealth at Home who puts in all of the Medicaid applications for our seniors. On average, I put in about 30 Medicaid applications per month for seniors.

6.      When I submit Medicaid applications, I request that the senior fill out an authorized representative form so that I can contact DHS or HFS on the client's behalf and assist with the application process.

7.      In the past several months, our seniors who are applying for Medicaid have been waiting for a very long time to receive any action on their Medicaid application and ultimate approval of their benefits.

8.      All of our seniors who are required to apply for Medicaid for the Community Care Program currently wait significantly longer than 45 days since the date that their Medicaid application was submitted.

9.      These delays in processing Medicaid applications have been getting worse since October 2017 and we regularly see seniors who are waiting 3-6 months to have their Medicaid applications acted upon and approved if they are eligible.

10.      By way of example of the delays, for the applications submitted in November 2017, only 10 out of 32 applications had eligibility determined by March 1, 2018. My understanding is that under that all 32 should have been processed by then.

11.      Still as of this morning, May 7, 2018, only those 10 had eligibility determined of the 32 total applications submitted in November 2017.

12.      I am not aware of any seniors who have received a notice that they may be eligible for a Temporary Medical Card.

13.      These delays are causing substantial hardship and delay in receiving medical care for our seniors.

14.      I have heard from seniors without Medicaid or other insurance that they are afraid to go to the doctor. They fear the bills that they will incur, or that they will be turned away because they do not have insurance.

15.      I have heard from seniors without Medicaid or other insurance that they cannot purchase incontinence supplies. They are too expensive to buy out of pocket, so seniors are having to make them last longer by wearing them longer than they should. This causes discomfort, embarrassment, and could result in infections.

16.     I have also heard from seniors without Medicaid or other insurance coverage that they cannot purchase their prescription drugs. Many prescriptions are too expensive to fill without Medicaid or other coverage, so many seniors rely on the generosity of family, charity, and others to obtain their necessary drugs.

17.     Many seniors are living on the edge of poverty with very limited incomes, and are being forced to make choices between paying for medical care or paying for other necessary life expenses.

18.     The delays are also causing emotional distress and worry to seniors. I am aware of seniors who are in a panic because they have hospital bills that are mounting and are in collection or they fear their hospital bills will be turned over to collection.

19.     Our seniors need Medicaid and need necessary health care services and are suffering great harm due to these delays.

Under 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

_____
Signature

5-7-18
_____
Date

2