# EXHIBIT H

# Illinois Department of Human Services
# Bureau of Performance Management
## *COHEN v. MILLER*

### September 2017

| A. | Number of MANG application dispositions | 68,917 |
|---|---|---|
| B. | Number of MANG application dispositions within Federally established time limits | 56,807 |
| C. | Number of MANG application dispositions after the Federally established time limit | 12,110 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 225 |
|  | Number caused by IDHS delay | 213 |
|  | Number not caused by IDHS delay | 12 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 5,229 |
|  | Number caused by IDHS delay | 4,897 |
|  | Number not caused by IDHS delay | 332 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 239 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 8,453 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

# Illinois Department of Human Services
# Bureau of Performance Management
# *COHEN v. MILLER*

### July 2017

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 63,263 |
| B. | Number of MANG application dispositions within Federally established time limits | 52,564 |
| C. | Number of MANG application dispositions after the Federally established time limit | 10,699 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 255<br><br>252<br>3 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 6,138<br><br>6,013<br>125 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 210 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 8,604 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

# Illinois Department of Human Services
# Bureau of Performance Management
## *COHEN v. MILLER*

June 2017

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 73,278 |
| B. | Number of MANG application dispositions within Federally established time limits | 59,729 |
| C. | Number of MANG application dispositions after the Federally established time limit | 13,549 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 243 |
| | Number caused by IDHS delay | 241 |
| | Number not caused by IDHS delay | 2 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 6,165 |
| | Number caused by IDHS delay | 6,043 |
| | Number not caused by IDHS delay | 122 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 245 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 11,641 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

## Illinois Department of Human Services
## Bureau of Performance Management
### *COHEN v. MILLER*

May 2017

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 72,427 |
| B. | Number of MANG application dispositions within Federally established time limits | 62,365 |
| C. | Number of MANG application dispositions after the Federally established time limit | 10,062 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 264 |
| | Number caused by IDHS delay | 262 |
| | Number not caused by IDHS delay | 2 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 7,782 |
| | Number caused by IDHS delay | 7,697 |
| | Number not caused by IDHS delay | 85 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 225 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 8,075 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

1 | Page

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN v. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

April 2017

| A. | Number of MANG application dispositions | 68,919 |
|---|---|---|
| B. | Number of MANG application dispositions within Federally established time limits | 57,163 |
| C. | Number of MANG application dispositions after the Federally established time limit | 11,756 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 251 |
| | Number caused by IDHS delay<br>Number not caused by IDHS delay | 246<br>5 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 8,954 |
| | Number caused by IDHS delay<br>Number not caused by IDHS delay | 8,716<br>238 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 235 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 8,744 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN v. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

March 2017

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 89,699 |
| B. | Number of MANG application dispositions within Federally established time limits | 70,481 |
| C. | Number of MANG application dispositions after the Federally established time limit | 19,218 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 258 |
| | Number caused by IDHS delay<br>Number not caused by IDHS delay | 249<br>9 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 10,510 |
| | Number caused by IDHS delay<br>Number not caused by IDHS delay | 9,993<br>517 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 434 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 14,065 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN v. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

February 2017

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 70,998 |
| B. | Number of MANG application dispositions within Federally established time limits | 58,243 |
| C. | Number of MANG application dispositions after the Federally established time limit | 12,755 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 338<br><br>333<br>5 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 14,550<br><br>14,313<br>237 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 279 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 9,726 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

JANUARY 2017

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 79,194 |
| B. | Number of MANG application dispositions within Federally established time limits | 65,609 |
| C. | Number of MANG application dispositions after the Federally established time limit | 13,585 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 274 |
| | Number caused by IDHS delay | 273 |
| | Number not caused by IDHS delay | 1 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 10,589 |
| | Number caused by IDHS delay | 10,496 |
| | Number not caused by IDHS delay | 93 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 285 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 7,707 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

DECEMBER 2016

| A. | Number of MANG application dispositions | 82,620 |
|---|---|---|
| B. | Number of MANG application dispositions within Federally established time limits | 72,148 |
| C. | Number of MANG application dispositions after the Federally established time limit | 10,472 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 235<br><br>235<br>0 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 7,165<br><br>7,148<br>17 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 308 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 6,536 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

NOVEMBER 2016

| A. | Number of MANG application dispositions | 69,597 |
|---|---|---|
| B. | Number of MANG application dispositions within Federally established time limits | 61,794 |
| C. | Number of MANG application dispositions after the Federally established time limit | 7,803 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 247 |
| | Number caused by IDHS delay | 247 |
| | Number not caused by IDHS delay | 0 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 7,117 |
| | Number caused by IDHS delay | 7,101 |
| | Number not caused by IDHS delay | 16 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 244 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 4,930 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

OCTOBER 2016

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 72,492 |
| B. | Number of MANG application dispositions within Federally established time limits | 65,108 |
| C. | Number of MANG application dispositions after the Federally established time limit | 7,384 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 267<br><br>267<br>0 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 6,840<br><br>6,824<br>16 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 241 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 4,606 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

SEPTEMBER 2016

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 70,017 |
| B. | Number of MANG application dispositions within Federally established time limits | 62,524 |
| C. | Number of MANG application dispositions after the Federally established time limit | 7,493 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 246<br><br>245<br>1 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month<br><br>Number caused by IDHS delay<br>Number not caused by IDHS delay | 4,654<br><br>4,642<br>12 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 213 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 4,899 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

JULY 2016

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 67,572 |
| B. | Number of MANG application dispositions within Federally established time limits | 61,242 |
| C. | Number of MANG application dispositions after the Federally established time limit | 6,330 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 240 |
| | Number caused by IDHS delay | 239 |
| | Number not caused by IDHS delay | 1 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 6,976 |
| | Number caused by IDHS delay | 6,970 |
| | Number not caused by IDHS delay | 6 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 204 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 4,592 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd

ILLINOIS DEPARTMENT OF HUMAN SERVICES

*COHEN V. MILLER*

Report to Plaintiff's Attorneys on MANG Applications

JUNE 2016

| | | |
|---|---|---|
| A. | Number of MANG application dispositions | 81,882 |
| B. | Number of MANG application dispositions within Federally established time limits | 69,069 |
| C. | Number of MANG application dispositions after the Federally established time limit | 12,813 |
| D. | Number of MANG disabled applications pending over 75 days at the end of the month | 231 |
| | Number caused by IDHS delay | 231 |
| | Number not caused by IDHS delay | 0 |
| E. | Number of MANG non-disabled applications pending over 60 days at the end of the month | 6,625 |
| | Number caused by IDHS delay | 6,615 |
| | Number not caused by IDHS delay | 10 |
| F. | Number of MANG disabled application dispositions during the month, but pending for longer than 75 days when disposed | 367 |
| G. | Number of MANG non-disabled application dispositions during the month, but pending for longer than 60 days when disposed | 9,242 |
| H. | Number of persons who received temporary medical assistance during the month | 0 |

rl000061bCOHENLEGAL2.wpd