**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Cohen, et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> Miller, et al. , <br><br> Defendant(s). | Case No. 79-cv-2447 <br> Judge Robert M. Dow |

### ORDER

Motion hearing held. Motion to enforce consent decree [318] is entered and continued to 6/8/2018 at 10:00 a.m. Plaintiffs' motion for substitution of counsel [322] is granted. Ann Fisher is withdrawn as counsel and Thomas Yates, Caroline Chapman, and Meghan Carter are granted leave to file their appearances on behalf of the Plaintiffs.

:10

Date: 5/24/2018                              /s/ Judge Dow